### REED v. INGRAHAM. (a)

*Negotiable instrument.*

A contract to receive from J. B., or order, certain stocks, is negotiable.

ON a motion for a new trial, this cause came again before the court (3 Dall. 505), but after argument, the judges cited 4 T. R.; 2 Bl. 1269; and declared, that they were confirmed, upon mature deliberation, in the opinion, which had been given in charge to the jury, that the action was well brought in the name of the assignee of the stock-contract, promising to receive a transfer from " J. B. or order."

Judgment for the plaintiff.